**Richard E. LOCKE, Appellant,**

v.

**RIVER LINES, INC., Appellee.**

No. 19838.

United States Court of Appeals
Ninth Circuit.

Nov. 10, 1965.

Francis J. Solvin, San Francisco, Cal., for appellant.

Graydon S. Staring, Lillick, Geary, Wheat, Adams & Charles, San Francisco, Cal., for appellee.

Before MERRILL, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM.

No issues are raised on appeal other than those presented to the District Court save the contention that in certain of its findings the District Court was clearly erroneous.

In our judgment the findings in question were not clearly erroneous. Upon the remaining issues we agree with the District Court for the reasons set forth in its opinion.

Judgment affirmed.

**Eddie GRIFFIN, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22507.

United States Court of Appeals
Fifth Circuit.

Nov. 1, 1965.

Julian Hartridge, Jr., Savannah, Ga., for appellant.

Richard C. Chadwick, Asst. U. S. Atty., Savannah, Ga., Donald H. Fraser, U. S. Atty., for appellee.

Before BROWN, WISDOM and THORNBERRY, Circuit Judges.

PER CURIAM.

Appellant was convicted for the possession of unstamped liquor, and we affirmed per curiam. Griffin v. United States, 5 Cir., 1964, 329 F.2d 495, cert. denied, 379 U.S. 822, 85 S.Ct. 44, 13 L.Ed.2d 32. Now he appeals from the denial of a subsequent 28 U.S.C.A. § 2255 motion to vacate that conviction. It appearing that he now urges nothing more than what he had contended on the prior appeal, the petition was and is wholly without merit, and we are compelled to affirm that denial. Ingram v. United States, 5 Cir., 1962, 299 F.2d 351. The mandate shall issue forthwith.

Affirmed.